**James J. OWENS–EL, Petitioner–
Appellant,**

v.

**Isaac FULWOOD, U.S. Parole Commission Chairman; J. Patricia Smoot, U.S. Parole Commission Chairman, Respondents–Appellees.**

No. 15–7843.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 21, 2016.

Decided: April 25, 2016.

James Joseph Owens–El, Appellant Pro Se. Alex Gordon, Assistant United States Attorney, Greenbelt, Maryland, for Appellees.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

James Joseph Owens–El, a former federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Owens–El v. Fulwood,* No. 1:15–cv–00209–WDQ (D.Md. Sept. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*